

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00025-CR

---

Paul Zapata, Jr., Appellant

v.

The State of Texas, Appellee

On Appeal from the 421st
Caldwell County, Texas
Trial Court No. 22-238

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore we reverse the trial court's judgment of conviction and render a judgment of acquittal. This decision shall be certified below for observance.

IT IS SO ORDERED this 6th day of November 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.